

**U.S. Department of Justice**
Office of the United States Trustee, *Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

*401 Main Street, Suite 1100*
*Peoria, Illinois 61602*

*Phone: 309/671-7854*
*Fax: 309/671-7857*

## Monthly Report for Non-Small Business Debtors and Chapter 11 Trustees

Debtor Name: __Robert W. Egizii__     For the month ended: __October 31, 2020__

Case Number: __20-71187__     Date Bankruptcy filed: __October 29, 2020__

**This report is to be completed in its entirety and is to be sent to the Office of the United States Trustee. The Operating Report Summary, located on page 31 of 32, is to be completed and electronically filed by the debtor's attorney with the Bankruptcy Court. If any portion of this report is not completed, please provide an explanation as to the reason for the incomplete portion.**

| Portion of the report: | Reason not completed or provided: |
|---|---|
| Monthly Income Statement | No income for short period |
| Monthly Cash Flow | No cash flow for short period |
| Operating Report Summary | No income or disbursements for short period |
| Bank Statements | DIP account opened in November 2020 |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying report is complete, true and correct to the best of my knowledge, information, and belief.

Signature of Debtor or Debtor's Representative: _Robert W. Egizii_

Title of Representative if applicable:__n/a__

Dated: __November__, 20_20_     Debtor's phone number: _217_ - _528_ - _7893_

Name of Preparer: __Robert W. Egizii__, __n/a__
(Title)

Preparer's phone number: _217_ - _528_ - _7893_

*Page 1 of 6*

Revised: 04/16/2009 *(updated 08/26/2015)*

**OFFICE OF THE U.S. TRUSTEE - REGION 10**
**MONTHLY INCOME STATEMENT**
*(Accrual Method of accounting is required)* **As**
**of** __October 2020__      Nothing to Report

**Debtor Name:** __Robert W. Egizii__      **Case Number:** __20-71187__

| | CURRENT MONTH | YEAR TO DATE |
|---|---|---|
| **INCOME** | | |
| Gross Receipts or Sales | | |
| less: returns or allowances | | |
| Cost of Goods | | |
| Beginning Inventory | | |
| Purchases | | |
| Other Costs ( attach itemized schedule) | | |
| less: ending inventory | | |
| Cost of Goods Sold | | |
| | | |
| Gross Profit | | |
| Interest | | |
| Rents | | |
| Gain(Loss) from sale of property | | |
| Other Income ( attach itemized schedule) | | |
| Total Income | | |
| **GENERAL AND ADMINISTRATIVE EXPENSES** | | |
| Compensation of Officers | | |
| Salaries & Wages | | |
| Repairs & Maintenance | | |
| Supplies | | |
| Bad Debts | | |
| Rents | | |
| Payroll Taxes | | |
| Other Taxes | | |
| Interest Expense | | |
| Depreciation | | |
| Insurance | | |
| Travel & Entertainment | | |
| Utilities & Telephone | | |
| Professional & Legal | | |
| Other Expenses (Attach Itemized Schedule) | | |
| Total Expenses | | |
| Net Profit (Loss) | | |

Page 2 of 6

Revised: 04/16/2009 *(updated 08/26/2015)*

OFFICE OF THE U.S. TRUSTEE - REGION 10
MONTHLY CASH FLOW for the month ended __October 2020__     Nothing to Report

**Debtor Name:** __Robert W. Egizii__          **Case Number:** __20-71187__

Reconciled bank balance and cash on hand from last month
*(if this is the first report, insert the cash balance as of the petition date)*          _____

CASH RECEIPTS
>        from cash sales/receipts          _____
>        from collection of pre-petition accounts receivable          _____
>        from collection of post-petition accounts receivable          _____
>        from loans (attach itemized list)          _____
>        from contributions to capital or from gifts          _____
>        other receipts (attach itemized schedule)          _____

>                    TOTAL RECEIPTS (Do not include beginning bank balance)          _____

CASH DISBURSEMENTS
>        inventory purchases          _____
>        net payments to officers/owners (actual cash paid)          _____
>        net payments to other employees (actual cash paid)          _____
>        rent payments          _____
>        lease payments          _____
>        mortgage or note payments          _____
>        adequate protection payments          _____
>        insurance          _____
>        utilities/telephone          _____
>        tax payments (from page 4)          _____
>        advertising & marketing          _____
>        supplies          _____
>        outside labor          _____
>        travel/entertainment          _____
>        payments to attorneys (attach copy Court order) payments          _____
>        to accountants (attach copy Court order) payments to          _____
>        other professionals (attach copy Court order) payment of          _____
>        U.S. Trustee Quarterly Fee          _____
>        other expenses (attach itemized schedule)          _____

>                    TOTAL DISBURSEMENTS          _____

>            NET CASH FLOW (Total Receipts minus Total Disbursements)          _____

Bank Balance and cash on hand at the end of the month          _____
**(beginning balance + cash receipts - cash disbursements)**

**Attach copies of all bank statements and reconciliations.**

*Page 3 of 6*

Revised: 04/16/2009 *(updated 08/26/2015)*

OFFICE OF THE U.S. TRUSTEE - REGION 10
STATUS OF TAXES for the month ended __October 2020__   Nothing to Report

STATUS OF TAXES

| | BEGINNING *TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| Withholding | | | | |
| FICA-employee | | | | |
| FICA-employer | | | | |
| Unemployment | | | | |
| Income | | | | |
| Other - list | | | | |
| a. subtotal | | | | |
| **STATE & LOCAL** | | | | |
| Withholding | | | | |
| Sales Excise | | | | |
| Unemployment | | | | |
| Other | | | | |
| Real property | | | | |
| Personal property | | | | |
| Other - list | | | | |
| b. subtotal | | | | |

TOTAL TAXES PAID - from a. & b. above
(this sum is to be listed on page 1, as tax payments)

Explain the reason for any past due post-petition taxes: _____

_____

*  the beginning tax liability should represent the liability from the prior month or, if this is the first operating report, this should be zero.

*Page 4 of 6*

Revised: 04/16/2009 *(updated 08/26/2015)*

OFFICE OF THE U.S. TRUSTEE - REGION 10

AGING SCHEDULES FOR RECEIVABLES & PAYABLES for the month ended __October 2020__

| Accounts Receivable | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 & over days | |
|---|---|---|---|---|---|
| Pre-petition | | | | | |
| Post-petition | | | | | |
| Totals | | | | | |
| | | | | | (grand total) |

| Accounts Payable | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 & over days | |
|---|---|---|---|---|---|
| Post-petition only | | | | | |
| | | | | | (grand total) |

| Notes or Leases Payable or adequate protection agreements (Post Petition only) | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 & over days |
|---|---|---|---|---|
| List Creditor/Lessor: | | | | |
| | | | | |
| | | | | |
| | | | | |

Post-Petition Bank Accounts *(attach copies of all bank statements)*:

| | Bank Name | Beginning Balance | Ending Balance |
|---|---|---|---|
| operating | | | |
| payroll | | | |
| tax escrow | | | |
| other(s) | | | |

*Page 5 of 6*

Revised: 04/16/2009 *(updated 08/26/2015)*

QUESTIONNAIRE:                                                                N/A      YES      NO

1. IS THE BUSINESS STILL OPERATING?                                                    [x]      [ ]

2. DID THE DEBTOR SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH?                      [ ]      [x]
   If yes, please attach a list of items sold and a copy of the Court Order authorizing the sale.

3. HAS THE DEBTOR PAID ANY BILLS THAT WERE OWED PRIOR TO FILING BANKRUPTCY?             [ ]      [x]
   If yes, please provide the details.

4. DID THE DEBTOR PAY ITS ATTORNEY OR OTHER PROFESSIONALS THIS MONTH?                   [ ]      [x]
   If yes, please provide the details and a copy of the Court Order authorizing the payment.

5. DID THE DEBTOR PAY ITS EMPLOYEES AND VENDORS ON TIME?              N/A               [ ]      [ ]
   If no, please provide details.

6. HAS THE DEBTOR FILED ALL OF ITS RETURNS AND PAID ALL OF ITS TAXES THIS MONTH?   N/A  [ ]      [ ]
   If no, please provide details.

7. DID THE DEBTOR PAY ALL OF ITS INSURANCE PREMIUMS THIS MONTH?                         [x]      [ ]
   If no, please provide details.

8. DID ANY INSURANCE COMPANY CANCEL THE DEBTOR'S POLICY THIS MONTH?                     [ ]      [x]
   If yes, please identify the policies that were cancelled.

9. HAS THE DEBTOR BORROWED MONEY FROM ANYONE THIS MONTH?                                [ ]      [x]
   If yes, please provide details.

10. DOES THE DEBTOR HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?             [x]      [ ]
    If yes, please provide details.

11. DOES THE DEBTOR HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH?  [ ]      [x]
    If yes, provide details.

12. DID THE DEBTOR DEPOSIT ALL MONEY FOR THE BUSINESS INTO THE DIP ACCOUNT THIS MONTH?  N/A  [ ]  [ ]
    If no, where was the money deposited.

13. DID THE DEBTOR SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE    [ ]      [x]
    DEBTOR IN ANY WAY?  If yes, please provide the details.

14. DOES THE DEBTOR PLAN ON CONTINUING TO OPERATE THE BUSINESS NEXT MONTH?              [x]      [ ]
    If no, why not?

15. PROVIDE A BRIEF NARRATIVE COVERING ANY SIGNIFICANT EVENTS WHICH OCCURRED THIS PAST MONTH.
    This is a short period following bankruptcy filing on 10/29/2020.   No activities.

16. ATTACH A LIST OF ALL PAYMENTS MADE DURING THE REPORTING PERIOD TO THE PRINCIPALS, EXECUTIVES, OR
    INSIDERS.  (THIS INCLUDES DRAWS OR CASH WITHDRAWALS BY INDIVIDUALS OR PARTNERS,  DIVIDENDS, LEASE
    PAYMENTS ON PROPERTY OWNED BY INSIDERS, LOANS, GROSS SALARIES, ETC.)
    None

17. SEND COPIES TO THE U.S. TRUSTEE OF ANY MONTHLY INTERNAL FINANCIAL REPORTS, INCLUDING ANY INTERNAL
    INCOME STATEMENT, AND/OR PROFIT & LOSS STATEMENT, AND/OR BALANCE SHEET.
    None

*Page 6 of 6*

Revised: **04/16/2009** *(updated 08/26/2015)*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL AND SOUTHERN DISTRICT OF ILLINOIS

Case Name: ___Robert W. Egizii___     Case Number: ___20-71187___

Operating Report Summary* for Month of ___October___ 2020     Nothing to Report

Cash on hand from ending balance of prior month (or petition filing date if first report) . . . . . . . . . . . . . . . $_____

CASH RECEIPTS
  Cash Sales/Receipts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____
  Collection of pre-petition accounts receivable . . . . . . . . . . . . . $_____
  Collection of post-petition accounts receivable . . . . . . . . . . . . $_____
  Loans to Debtor-in-Possession . . . . . . . . . . . . . . . . . . . . . . $_____
  Contributions to capital or gifts . . . . . . . . . . . . . . . . . . . . . . . $_____
  Other receipts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____
  **TOTAL RECEIPTS (Do not included beginning bank balance)** . . . . . . . . . . . $_____

CASH DISBURSEMENTS
  Inventory purchases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____
  Net payments to Owners/Officers . . . . . . . . . . . . . . . . . . . . . $_____
  Net payments to Other Employees . . . . . . . . . . . . . . . . . . . . . $_____
  Rent & Lease payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____
  Mortgage, Note & Adequate Protection Payments . . . . . . . . . . $_____
  Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____
  Tax payments - payroll and other . . . . . . . . . . . . . . . . . . . . . $_____
  Advertizing & Marketing . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____
  Payment to Attorneys & Other Professionals . . . . . . . . . . . . . $_____
  UST Quarterly Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____
  All other Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____
  **TOTAL DISBURSEMENTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

  **NET CASH FLOW (Total Receipts minus Total Disbursements)** . . . . . . . . . . . . $_____

**Cash on hand at end of month** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

CURRENT ASSETS: Accounts Receivable at end of month . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____
  **Increase or (Decrease) in Accounts Receivable for month** . . . . . . . . . . . $_____
  Inventory at end of month . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____
  **Increase or (Decrease) in Inventory for month** . . . . . . . . . . . . . . . . . . . . $_____

LIABILITIES: Increase or (Decrease) in **Post**-petition debt . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____
  Increase or (Decrease) in **Pre**-petition debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____
  Taxes payable:  Federal Payroll Taxes . . . . . . . . . . $_____
  State Payroll Taxes . . . . . . . . . . . $_____
  State Sales Taxes . . . . . . . . . . . . . $_____
  Other (describe) . . . . . . . . . . . . . . $_____
  **TOTAL TAXES PAYABLE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

\* **NOTE:**   Summary for electronic filing with the Bankruptcy Court.
  For a complete set of Monthly Reports, please contact the Attorney for the Debtor-in-Possession.

Revised: 04/16/2009 *(updated 08/26/2015)*