**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert W. Egizii** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS | | |
| Case number | 20-71187 | | |
| (if known) | | | |

■ Check if this is an
amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

■ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $180,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Official Form 107

Statement of Financial Affairs for Individuals Filing for Bankruptcy

page 1

Debtor 1    Robert W. Egizii                                                                 Case number (if known)    20-71187

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| | ☐ Wages, commissions, bonuses, tips | $36,333.34 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips | $344,786.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips | $-665,543.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips | $379,507.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips | $-750,850.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security | $27,310.00 | | |
| | Annuity | $4,580.00 | | |
| | National Electrical Benefit Fund Retirement | $6,832.80 | | |
| | Interest | $9.11 | | |
| **For last calendar year:** (January 1 to December 31, 2019 ) | Social Security | $35,109.00 | | |
| | Annuity | $5,042.00 | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Robert W. Egizii                                                                    Case number *(if known)*    20-71187

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| | National Electrical Benefit Fund Retirement | $10,587.00 | | |
| | Interest | $2,272.00 | | |
| | IRA Distribution | $330,000.00 | | |
| For the calendar year before that:<br>(January 1 to December 31, 2018 ) | Social Security | $33,771.00 | | |
| | Annuity | $4,125.00 | | |
| | National Electrical Benefit Fund Retirement | $6,617.00 | | |
| | Interest | $9,811.00 | | |
| | IRA Distribution | $256,000.00 | | |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

■    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
*    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7.    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■    No
☐    Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1   Robert W. Egizii                                                        Case number (*if known*)  20-71187

---

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☐ No
    ■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| First Bankers Trust Company, NA 1201 Broadway Street PO Box 3566 Quincy, IL 62301 | 12/20/2019 | $154,926.80 | $218,719.00 | Non-renewable mortgage on Laurel residence |

---

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| First Bankers Trust Company, National Association vs. Illinois Building, LLC, et al 2019-CH-155 | Mortgage foreclosure guaranty on Illinois Building, LLC | Sangamon County Circuit Court 200 S. 9th Street Springfield, IL 62701 | ■ Pending ☐ On appeal ☐ Concluded |
| CSMC 2007-CF Egizii Portfolio, LLC, et al vs. Springfield Prairie Properties, LLC, et al 15-CV-03195 | Guarantee on Springfield Prairie Properties, LLC | US District Court 600 East Monroe Street Springfield, IL 62701 | ■ Pending ☐ On appeal ☐ Concluded |
| Bank of Springfield vs. Robert W. Egizii, et al 2020-CH-64 | Foreclosure on property located at 4230 West Main Street, Decatur, Illinois | Macon County Circuit Court 253 E Wood Street Decatur, IL 62523 | ☐ Pending ☐ On appeal ■ Concluded |

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| Bank of Springfield 3400 West Wabash AVenue Springfield, IL 62711 | 4230 West Main Street, Decatur, Illinois Warehouse building ☐ Property was repossessed. ■ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized or levied. | 09/2020 | $115,000.00 |

---

| Debtor 1 | Robert W. Egizii | | Case number *(if known)* | 20-71187 |
|---|---|---|---|---|

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No

☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No

☐ Yes

## Part 5: List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☐ No

☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Eleanor Egizii<br>2505 South Holmes<br>Springfield, IL 62704<br><br>Person's relationship to you: **Granddaughter** | Water heater | 09/2020 | $900.00 |
| Hannah Egizii<br>#19 Traders Circle #240<br>Normal, IL 61761<br><br>Person's relationship to you: **Granddaughter** | College apartment rental | Monthly amount $1,107.50 04-29-2020 to 10-31-2020 | $6,105.00 |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Mission of Holy Cross<br>c/o Notre Dame University<br>100 Campus Distribution Center<br>Notre Dame, IN 46556 | Monetary gift | November 2019 | $10,000.00 |
| Christ the King Parish of Springfield IL<br>1615 West Washington Street<br>Springfield, IL 62702 | Monetary tithe | 2019 and 2020 | $7,994.00 |
| St. Patrick's Cathedral<br>14 East 51st Street<br>New York, NY 10022 | Monetary gift (estimated amount) | 2020 | $800.00 |

Debtor 1    Robert W. Egizii    Case number (if known)    20-71187

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Scott & Scott, P.C.<br>611 East Monroe Street, Suite 200<br>Springfield, IL 62701 | Bankruptcy filing fee | 10/28/2020 | $1,717.00 |
| Scott & Scott, P.C.<br>611 East Monroe Street, Suite 200<br>Springfield, IL 62701 | Bankruptcy retainer fee | 10/28/2020 | $50,000.00 |
| Start Fresh Today<br>3700 Barrett Drive<br>Raleigh, NC 27609 | Credit Counseling | 10/20/2020 | $25.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 Robert W. Egizii    Case number (*if known*) 20-71187

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Robert L. Tobe & Judith A. Walsh 33 West Ontario Street, Unit 45F Chicago, IL 60654 n/a | 1/2 interest in Condominium located at 33 West Ontario Street, Unit 45F, Chicago, Illinois (net of mortgage payoff and any costs) | $ 186,469.30 | 04/25/2019 |
| Vroom 12053 SW Fwy Highway 59 Stafford, TX 77477 n/a | 1/2 interest in 2010 Mercedes-Benz GL-Class traded for 2019 Chevrolet Suburban Sport WG | Trade-in value $12,000.00 | 07/2020 |
| Capitol Construction Group, LLC 818 South Dirksen Parkway Springfield, IL 62703 | 3009 Singer Avenue, Springfield, Illinois Business real estate, metal building and lot | Mortgage paid - Carrollton Bank $211,711.59 Net to Seller $139,132.00 | 01/28/2020 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Merrill Lynch 611 East Monroe Springfield, IL 62701 | XXXX-0185 | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other 401(k) Change of custodian to Morgan Stanley | 10/14/2020 | $346,590.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Robert W. Egizii                                                    Case number (if known)    20-71187

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

## Part 9:    Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
■ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Jill A. Egizii 1645 West Laurel Street Springfield, IL 62704 | 1645 West Laurel Street Springfield, IL 62704 | 1/2 interest in household furniture and furnishings per Lee Gaule appraisal | $6,925.00 |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor 1    Robert W. Egizii                                    Case number *(if known)*    20-71187

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

■ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Robert W. Egizii (self employed)<br>1645 West Laurel Street<br>Springfield, IL 62704 | Electrical contractor advising,<br>accounts receivable collection,<br>introduction to construction<br>companies (Capital Construction)<br><br>Vince Toolen | EIN:    ********8184<br><br>From-To    11/2019 to Present |
| EWR Corporation (BRH Sub)<br>Formerly EEI Holding Corporation<br>700  South 9th Street<br>Springfield, IL 62703 | 93% Interest - Union repair work<br>on building leases - EPM<br><br>Vince Toolen | EIN:    37-0957740<br><br>From-To    1990 to Present |
| Fifth Street Partnership<br>700 South 9th Street<br>Springfield, IL 62703 | 50% Interest Roma building -<br>Commercial building ownership<br>and administration<br><br>Vince Toolen | EIN:    37-1171978<br><br>From-To    1990 to Present |
| Egizii Property Managers, LLC<br>700 South 9th Street<br>Springfield, IL 62703 | 85% Interest - Commercial<br>property management<br><br>Vince Toolen | EIN:    37-1410493<br><br>From-To    2001 to Present |
| Illinois Building, LLC<br>700 South 9th Street<br>Springfield, IL 62703 | Effective 29% Interest -<br>Commercial office buildling<br><br>Vince Toolen | EIN:    51-0612019<br><br>From-To    2007 to Present |
| Downtown Property, LLC<br>700 South 9th Street<br>Springfield, IL 62703 | Indirect Ownership 55% -<br>Commercial office building<br><br>Vince Toolen | EIN:    36-4332754<br><br>From-To    2007 to Present |

Debtor 1    Robert W. Egizii                                                     Case number *(if known)*    20-71187

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| Egizii Family Partnership 700 South 9th Street Springfield, IL 62703 | 79% Interest - family partnership - property ownership Vince Toolen | EIN:    32-1355132 From-To    1996 to Present |
| 9th & Cook, LLC 1645 West Laurel Street Springfield, IL 62704 | 100% - Owns 700 South 9th Street, Springfield, Illinois, 62703 (Small office building) Vince Toolen | EIN:    84-4410833 From-To    01/22/2020 to Present |
| EEI Holding Corporation 3009 Singer Avenue Springfield, IL 62703 | 93% Interest - Union Electrical Contractor through Egizii Electric, Inc. Sold all major assets to Capitol Construction Group, LLC on 11/21/2019 for $500,000.00 paid to secured party - Bank of Springfield for partial release Vince Toolen | EIN:    37-0957740 From-To    1990 to 11/21/2009 |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

Name
Address
(Number, Street, City, State and ZIP Code)                 Date Issued

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Robert W. Egizii

Robert W. Egizii                                          Signature of Debtor 2
Signature of Debtor 1

Date    December 14, 2020                                Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).